

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00164 |
| | ) | CHIEF JUDGE SHARP |
| RICHARD A. SOUDERS | ) | |

MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Richard Souders, through his undersigned counsel, respectfully requests a two (2) week extension of time in which to file pretrial motions. The Court had ordered that pretrial motions be filed not later than 45 days prior to the trial date. (D.E. 21). Accordingly, pretrial motions are due to be filed not later than June 26, 2015. The currently scheduled trial date is August 11, 2015. *Id*.

Mr. Souders needs additional time to finalize his research, obtain documents and prepare the motions. The requested extension should allow counsel sufficient time to complete these tasks in light of other case responsibilities. WHEREFORE for the above states reasons, it is respectfully requested that the Court extend the time for filing pretrial motions for two (2) weeks from and after June 26, 2015, or until July 10, 2015.

Respectfully submitted,

   s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Richard A. Souders

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2015, I electronically filed the foregoing Motion for Extension of Time to File Pretrial Motions with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Ms. S. Carran Daughtrey,** Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

   s/ *Ronald C. Small*
RONALD C. SMALL